# EXHIBIT 3

# FLONES v. BEAUMONT HEALTH SYSTEM

# MYRTICE MACON, M.D.

December 27, 2012

*Prepared for you by*



NATIONWIDE COURT REPORTING & VIDEO

**Bingham Farms/Southfield • Grand Rapids**

Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

MYRTICE MACON, M.D.
December 27, 2012

1   A.   No.

2   Q.   Do you have any administrative role in the South

3        Oakland Anesthesiology Association?

4   A.   No.

5   Q.   Do you have any administrative role relative to

6        Beaumont Grosse Pointe Hospital?

7   A.   I am director of the pain center.

8   Q.   Anything else?

9   A.   That's all.

10  Q.   Do you know Melissa Flones?

11  A.   Yes.

12  Q.   Was she here in 1980 when you came to the Grosse

13       Pointe Beaumont Hospital, was she already here?

14  A.   I came in the year 2000.

15  Q.   2000, I'm sorry.  Was Ms. Flones already practicing

16       here when you came here?

17  A.   Yes.

18  Q.   Prior to the incident with Dr. Schreck regarding the

19       giving of blood products, did you have any problems

20       working with Ms. Flones?

21  A.   Nothing major.

22  Q.   Were you involved at all in the giving of the reviews

23       to the CRNA's, their annual reviews?

24  A.   No.

25  Q.   Do you know who was involved in that process?



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

MYRTICE MACON, M.D.
December 27, 2012

1    Q.   Do you know if anyone else looked at the -- do you
2         know if the State interviewed anyone else other than
3         yourself?
4    A.   I have no idea.
5    Q.   Did you give the State a written statement?
6    A.   No.
7    Q.   Have you ever given anyone a written statement?
8    A.   You know, I don't recall if the State asked me to
9         write --
10             There was nothing drawn out or elaborate, I
11        can recall that much.  I might have written a summary
12        or something of that order but --
13   Q.   But you don't know one way or the other if you wrote
14        something or not?
15   A.   Right.  It was nothing formal written about it.
16   Q.   And you didn't write anything and turn it into the
17        hospital?
18   A.   No.
19   Q.   Did you speak to anyone about the event from the
20        hospital other than Ms. Flones and Dr. Schreck?
21   A.   I spoke to Mary Golinski, she's an administrator.
22   Q.   When did you speak to Mary Golinski?
23   A.   It was within a few days of the case.
24   Q.   Was there anybody else present?
25   A.   No.



MYRTICE MACON, M.D.
December 27, 2012

1  A.    Ms. Golinski.

2  Q.    Did Ms. Golinski ever ask you for your input as to

3        what discipline would be appropriate?

4  A.    No.

5  Q.    And I assume you didn't offer it without being asked?

6  A.    Correct.

7  Q.    Did you participate at all -- strike that.

8              Were you aware that Ms. Flones grieved her

9        termination?

10  A.    I'm not aware of that.

11  Q.    You're not aware that there were a series of meetings

12        where she tried to present her side to the hospital

13        administration?

14  A.    I wouldn't have any knowledge of that.

15  Q.    So at not point did you offer any further information

16        in connection with that process?

17  A.    No.

18  Q.    In terms of the giving of blood products, what is the

19        protocol for a CRNA?

20  A.    I can't give you verbatim what the protocol is.

21  Q.    Okay.  Does Dr. Schreck, while he's giving the

22        surgery, have the authority to order blood products?

23  A.    Yes.

24  Q.    Do you, as the M.D.A., have the authority to order

25        blood products?

