# EXHIBIT 5

# FLONES v. BEAUMONT HEALTH SYSTEM

# MARY GOLINSKI

December 11, 2012

*Prepared for you by*



NATIONWIDE COURT REPORTING & VIDEO

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens

MARY GOLINSKI
December 11, 2012

Page 24

```
 1        to arrive.
 2    Q.  Did Melissa tell you that she was utilizing the
 3        Hippocrates app?
 4    A.  I showed Melissa the document that the patient had
 5        completed and Melissa said to me that -- I forget her
 6        exact words but I believe she said to me I was not
 7        texting.  I believe the patient's written complaint
 8        was that -- and she named Melissa by name -- that she
 9        was texting or using her cell phone.
10                 And Melissa said to me that she was looking
11        up something related to a friend of hers who had a
12        specific disease pathology.
13    Q.  Did she tell you she was looking up a type of seizure,
14        does that ring a bell?
15    A.  That does not ring a bell, no.
16    Q.  Did she tell you she was utilizing her Hippocrates app
17        on her phone?
18    A.  I do not remember if she told me that or not.
19    Q.  Do you know what that is?
20    A.  I do know what that is.
21    Q.  Okay.  And are CRNA's allowed to access Hippocrates
22        while in the surgical area?
23    A.  It is my understanding that every institution has
24        their own set of policies and procedures.  I did not
25        allow personal cell phone use, text messaging,
```



MARY GOLINSKI
December 11, 2012

Page 25

| | | |
|---|---|---|
| 1 | | personal phone calls. |
| 2 | Q. | Would you allow using a medical application like |
| 3 | | Hippocrates to look up some medical issue or a point |
| 4 | | related to their job duties? |
| 5 | A. | I believe that when we discussed this as staff I |
| 6 | | expressed my concern that you cannot be attentive and |
| 7 | | monitoring your patient if you were looking up and not |
| 8 | | assessing your monitors or just physically assessing |
| 9 | | your patient.  So I don't remember whether I endorsed |
| 10 | | it or denied its use. |
| 11 | Q. | Were you aware it went on? |
| 12 | A. | Was I aware -- I was aware because Melissa told me she |
| 13 | | was using her personal device in this case. |
| 14 | Q. | Were you aware that medical students were allowed to |
| 15 | | utilize their PDA's and utilize Hippocrates, CRNA |
| 16 | | students? |
| 17 | A. | I was faculty at Wayne State and a primary clinical |
| 18 | | site was Beaumont Grosse Pointe and I did also for |
| 19 | | Oakland University and I did not allow that by the |
| 20 | | students. |
| 21 | Q. | Were you aware of whether or not that occurred at Bon |
| 22 | | Secours? |
| 23 | A. | I do not recall ever seeing that by the students. |
| 24 | Q. | Okay.  Did you ever write anyone else up for utilizing |
| 25 | | their phone or a PDA in the surgical area other than |



MARY GOLINSKI
December 11, 2012

Page 32

```
 1   Q.   All right.  Let's talk about your discussion with
 2        Ms. Demario.
 3             How did that come about?  How did she tell
 4        you that Melissa had I guess complained to
 5        Mr. Cardeccia?
 6   A.   I believe Ms. Demario came into my office and told me
 7        exactly that.
 8   Q.   Okay.  Did she tell you that Melissa was complaining
 9        that you said that she was too old to continue to work
10        and that in connection with this conversation
11        regarding her not helping out the people with the long
12        shifts?
13   A.   I do not remember Ms. Demario having that dialogue
14        with me.  It was strictly related to the statement
15        that Mr. Reim had --
16   Q.   Okay.
17   A.   -- that Melissa had said that he had made.
18   Q.   Did anyone ever ask you if you said that before I just
19        asked you earlier?  Did Mr. Cardeccia, did
20        Ms. Demario, did anyone ever say to you did you say to
21        Ms. Flones that she was too old to continue working,
22        or words to that effect?
23   A.   I do not remember.  I do not remember them telling me
24        that Melissa had said that.
25   Q.   Okay.  Did Ms. Demario tell you that Melissa had
```



MARY GOLINSKI
December 11, 2012

Page 33

```
 1        complained about Sue Winay?
 2   A.   I do not remember if Ms. Demario and I had a
 3        conversation specifically related to Melissa
 4        complaining about Susan Winay.
 5   Q.   Did you and Ms. Demario have any conversation about
 6        Sue Winay and the way she talked?
 7   A.   Any conversation meaning what?
 8   Q.   Well, did anyone ever ask you if Ms. Winay said I'm
 9        sick of all these hormonal women, we need to get rid
10        of you fuckers, if I had a nine-millimeter I would
11        take someone out?
12   A.   Yes, Ms. Demario did -- it was either Ms. Demario or
13        Therese Farhat, who was the legal counsel at the time
14        for Beaumont Grosse Pointe, and I believe that was
15        when Melissa had the meeting with Brian and Judy.
16   Q.   Okay.  So somebody came to you and said did you hear
17        this, right?
18   A.   Yes, and I believe my answer was no and I did not hear
19        Ms. Winay saying those words.
20   Q.   Okay.  Did anyone follow that up and say have any I
21        guess general questions to you regarding Ms. Winay,
22        does she talk like this, is she threatening, what does
23        she talk like?
24   A.   I believe that -- I cannot remember the exact
25        conversation at all.  I do know the Melissa worked
```



MARY GOLINSKI
December 11, 2012

Page 34

```
 1         with Ms. Demario and Brian outside of me being in that
 2         picture.  So I do not know the dialogue they had about
 3         Ms. Winay.  During those conversations I was not
 4         involved.
 5    Q.   I understand that, but did anyone follow up those
 6         conversations --
 7    A.   I don't know if Ms. Demario -- excuse me, I started
 8         talking when you weren't finished.
 9              I do not know if Ms. Demario followed up on
10         that.  I was not told to follow up on anything.  I was
11         told that they were meeting with Melissa.
12    Q.   Okay.  So I understand, you knew that Melissa had met
13         with them, right?
14    A.   That's correct.
15    Q.   And you knew that one of the things Melissa had told
16         them was that this Mr. Reim was out there saying
17         allegedly that you were out to get her, that you were
18         going to get rid of her and Mr. Gaspar, right?
19    A.   I -- those weren't the exact words, but yes.
20    Q.   Okay.  And you also knew that following that meeting
21         they asked you if you heard Sue Winay make this
22         comment that I just repeated?
23    A.   I believe that that is true and I had answered no.
24    Q.   Right.
25    A.   And then they told me that they were working with the
```



| | | |
|---|---|---|
| 1 | | administer blood without it being a violation of the |
| 2 | | standard of practice? |
| 3 | A. | Not necessarily. It's not -- it's a collaborative |
| 4 | | decision. I don't know how better to describe it. |
| 5 | Q. | Collaborative between who? |
| 6 | A. | The physician anesthesiologist who's medically |
| 7 | | directing us and the surgeon. In my six-and-a-half |
| 8 | | years at Beaumont Grosse Pointe, I have never seen a |
| 9 | | decision made unilaterally by one or the other. They |
| 10 | | agree upon that decision in an elective environment as |
| 11 | | this was. |
| 12 | Q. | Elective because it's an elective surgery or elective |
| 13 | | because it's elective whether or not to give the |
| 14 | | blood? |
| 15 | A. | Both. |
| 16 | Q. | Okay. There was a circulator that actually called it |
| 17 | | in and brought the blood, correct? |
| 18 | A. | As far as I know, correct. |
| 19 | Q. | Do you remember who the circulator was? |
| 20 | A. | I have no idea. |
| 21 | Q. | Did anyone ever talk to the circulator? |
| 22 | A. | I don't think so. I'm not sure if Melissa and |
| 23 | | Mr. Cardeccia did. |
| 24 | Q. | You're right. That was a bad question. |
| 25 | | Did you talk to the circulator? |



MARY GOLINSKI
December 11, 2012

Page 76

| | | |
|---|---|---|
| 1 | | more than one room at any given time, correct? |
| 2 | A. | That is correct. |
| 3 | Q. | How many rooms? |
| 4 | A. | Up to four. |
| 5 | Q. | All right. And is the MDA required to be in those |
| 6 | | rooms? |
| 7 | A. | No, he's required to medically direct up to four |
| 8 | | operating rooms staffed by nurse anesthetists. |
| 9 | Q. | Okay. And are there times when that requires the MDA |
| 10 | | to actually go into various rooms? |
| 11 | A. | It does. |
| 12 | Q. | Okay. In this case, if the MDA is not immediately |
| 13 | | available and there's a need for a blood product does |
| 14 | | the standard of practice require you to wait until you |
| 15 | | get ahold of that person or are there circumstances |
| 16 | | that you can envision where merely the consent of the |
| 17 | | surgeon is sufficient to administer the blood product? |
| 18 | A. | Our standard of practice at Beaumont Grosse Pointe the |
| 19 | | anesthesiologist and the nurse anesthetists have their |
| 20 | | own Spectralink phones so there's virtually not a time |
| 21 | | that we can't get ahold. I have called physicians who |
| 22 | | have been medically directing me that have been busy |
| 23 | | and was instructed to call another physician if the |
| 24 | | situation warranted it if it was something that |
| 25 | | couldn't wait, et cetera. |