# EXHIBIT 6

# FLONES v. BEAUMONT HEALTH SYSTEM

## MICHAEL WOOLSEY

December 14, 2012

*Prepared for you by*



# BIENENSTOCK
### NATIONWIDE COURT REPORTING & VIDEO

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens

MICHAEL WOOLSEY
December 14, 2012

Page 28

```
 1        that a level that's less than a level one?
 2   A.   Yes.
 3   Q.   Okay.  What is that for?
 4   A.   Counselings can be used to bring a problem either a
 5        behavioral issue or a performance issue to the
 6        attention of an employee to give them the opportunity
 7        to correct the behavior prior to resulting in a formal
 8        plan for improvement.
 9   Q.   Okay.  What effect -- if your first discipline is a
10        counseling, would your next discipline then be a level
11        one?
12   A.   It's not required that first disciplines result in
13        counseling --
14   Q.   Okay.
15   A.   -- by policy.
16   Q.   All right.  But if in fact -- what I'm trying to
17        understand is is there a progression so that if you
18        were written up as a level one and you caught a second
19        case or you had a second issue would that
20        automatically then become a level two?
21   A.   With the -- yes, with the exception of attendance
22        and -- time and attendance issues, which are handled
23        under a separate track.
24   Q.   All right.  If in fact your first counseling was a
25        review level counseling, not a level one, would your
```



MICHAEL WOOLSEY
December 14, 2012

Page 29

```
 1         next event put you in a level one?
 2   A.    Depends on the nature of the infraction.
 3   Q.    Okay.  But assuming it wasn't some intentional
 4         severe-type thing, severe like you talked about, there
 5         would be a progression from counseling to level one?
 6   A.    Correct.
 7   Q.    So it matters where you start basically in how the
 8         process works, absent some egregious behavior that
 9         calls for escalation, an immediate escalation?
10   A.    Yes.
11   Q.    Like for example I assume that if you got caught
12         stealing even if it was your first offense you'd be a
13         level three and you'd be out?
14   A.    Correct.
15   Q.    Okay.  But if they're mistakes, generalized mistakes
16         without any intent or deliberate action, you normally
17         would follow the progression?
18   A.    Correct.
19   Q.    And if you started at counseling, the next progression
20         would be a level one?
21   A.    Generally speaking, yes.
22   Q.    And if you start at a level one, the next progression
23         would be a level two?
24   A.    Generally speaking, yes.
25   Q.    Okay.  Now, take a moment and look at Deposition
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com