# EXHIBIT 12

# FLONES v. BEAUMONT HEALTH SYSTEM

# ENJOLI KENDELL, RN

January 31, 2013

*Prepared for you by*



### BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens

ENJOLI KENDELL, RN
January 31, 2013

Page 9

```
 1   Q.   Okay.  Did you ever talk to Mary Golinski about what
 2        happened to Melissa?
 3   A.   No.
 4   Q.   Did you ever talk to her about the surgical procedure?
 5   A.   No.
 6   Q.   Were you ever interviewed by anyone at the hospital
 7        saying they were conducting an investigation as to
 8        what had happened in this surgery to get your input?
 9   A.   No.
10   Q.   Okay.  Do you know who Mary Golinski is?
11   A.   Yes.
12   Q.   You know who Judy Demario is?
13   A.   Yes.
14   Q.   Do you know who Brian Cardeccia is?
15   A.   No.
16   Q.   He's an HR rep; does that help you at all?
17   A.   I may have met him before, I'm not a hundred percent.
18   Q.   Okay.  But none of those individuals ever sat you down
19        and talked to you to find out what happened during
20        this surgical procedure, correct?
21   A.   That's correct.
22   Q.   Did you ever talk to Dr. Shreck about what happened
23        during the surgery after the surgery?
24   A.   No.
25   Q.   Did you ever talk to Dr. Macon to know about what
```



ENJOLI KENDELL, RN
January 31, 2013

Page 16

1  BY MR. PALMER:
2  Q.  All right.  Let's go back to the procedure.
3      You call the blood bank, correct?
4  A.  That's correct.
5  Q.  Then what happens next?
6  A.  The patient information is given and the blood is
7      asked to be brought to the operating room.
8  Q.  Okay.  Who gives the patient's information?  Is
9      that -- do you do that?
10 A.  Yes.
11 Q.  Okay.  What information do you give?
12 A.  The patient's name and typically the medical record
13     number.
14 Q.  Okay.  Who delivers the blood?
15 A.  The -- typically PNA's, or peri nursing assistant --
16     perioperative nursing assistant.
17 Q.  Okay.  Do they come into the operating room with the
18     blood or how does the blood get into the operating
19     environment?
20 A.  They come to the door and I take it from them.
21 Q.  Okay.  And then what do you do then?
22 A.  I give the blood to the CRNA.
23 Q.  Okay.  And then what happens next?
24 A.  We compare all of the patient's information and make
25     sure that it matches.



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

ENJOLI KENDELL, RN
January 31, 2013

Page 17

```
 1   Q.   What information do you compare?
 2   A.   The blood type, the name, the expiration date, and the
 3        unit number.
 4   Q.   Okay.  And what are you comparing, that information
 5        that's actually affixed to the actual blood product
 6        with -- with what, what are you --
 7   A.   With the patient's chart --
 8   Q.   Okay.
 9   A.   -- and name bracelet.
10   Q.   Okay.  Do you do that verbally?
11   A.   We do.
12   Q.   Okay.  And do you like one person reads it off and the
13        other person confirms it?
14   A.   Correct.
15   Q.   Is there -- is it the CRNA that reads the information
16        off the chart or is it you that reads the information
17        off of the --
18   A.   Typically we are both looking at the chart and the
19        package of blood together.
20   Q.   Okay.
21   A.   We are comparing together at the same time.
22   Q.   And who reads it out loud, both of you?
23   A.   Typically it's the CRNA.
24   Q.   Okay.  And so for example the CRNA would read
25        B positive and you would say yes, or confirm it?
```



ENJOLI KENDELL, RN
January 31, 2013

Page 19

```
 1   Q.   That is a correct statement?
 2   A.   I don't recall having the particular conversation with
 3        her in regards to comparing the patient's
 4        identification to the blood?
 5   Q.   However, that is something that you do in every
 6        case --
 7   A.   Is that what you're asking me?
 8   Q.   -- correct?
 9   A.   We do that in every case.  We do that in every case.
10   Q.   All right.  So you have no reason to believe you
11        didn't do it in this case, correct?
12   A.   That's correct.
13   Q.   Okay.  Then what happens after you have done all the
14        comparisons?
15   A.   The CRNA hangs the blood and administers it.
16   Q.   Okay.  What happens next?  Is there any charting
17        that's done as a result?
18   A.   Just the completion of the transfusion record that we
19        have here.
20   Q.   All right.  And I'm looking at that document now and
21        it appears to be a two-sided document or two pieces to
22        it?
23   A.   Okay.  Yes, I think I have two pieces.
24   Q.   All right.  And I notice that it's kind of cut off on
25        on mine but it says chart copy at the side?
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

ENJOLI KENDELL, RN
January 31, 2013

Page 22

```
 1      transfusion or after?
 2  A.  Before.
 3  Q.  Okay.  After your signature up at the top, is that
 4      Melissa's initials after your name?  There appears to
 5      be a scribble that looks like it might --
 6  A.  That's what it looks like to me.  It's a slash and
 7      it's supposed to be both of our initials.
 8  Q.  Okay.  And that's to confirm that you believe the
 9      physician ordered the transfusion, correct?
10  A.  That's correct.
11  Q.  Okay.  And you signed this document, correct?
12  A.  That's correct.
13  Q.  So you believe the physician ordered the transfusion
14      on this patient, correct?
15  A.  Yes.
16  Q.  Okay.  And then when you signed at the bottom you are
17      certifying that you did the comparisons, correct?
18  A.  Yes.
19  Q.  Okay.  And you're also certifying that the medical
20      record and name, number on the card are identical with
21      the name and medical record number on the recipient's
22      armband and with the physician's order to transfuse,
23      correct?
24  A.  Yes.
25  Q.  All right.  If you didn't believe that Dr. Shreck had
```



ENJOLI KENDELL, RN
January 31, 2013

Page 23

```
 1        ordered the transfusion, you wouldn't have signed it,
 2        would you?
 3   A.   That's correct.
 4   Q.   Okay.
 5             MS. DAHLE:  I'm going to object to the form
 6        of that question.
 7   BY MR. PALMER:
 8   Q.   If you believed Dr. Shreck objected to the
 9        transfusion, would you have signed the document?
10   A.   No.
11   Q.   Okay.  Now, I assume you've been in a lot of surgical
12        procedures, correct?
13   A.   Yes.
14   Q.   All right.  And there's been some testimony that
15        oftentimes the CRNA will notice a blood loss and tell
16        the circulator to order blood and this matching takes
17        place and that there isn't a specific doctor saying
18        get the blood but that this happens in the doctor's
19        presence and that if he doesn't object that is
20        considered -- that that happens; is that correct?
21   A.   No, there should be a verbal order.
22   Q.   Okay.  So you believe in this particular case that
23        whatever was done here was sufficient that there was
24        a -- that the doctor was in accord with the giving of
25        the blood?
```



ENJOLI KENDELL, RN
January 31, 2013

Page 24

```
 1   A.   That's correct.
 2   Q.   Okay.  No one ever asked you about this procedure,
 3        though, back at the time when Melissa was being
 4        terminated, correct?
 5   A.   That's correct.
 6   Q.   After the procedure -- strike that.
 7             During the course of the procedure, there's
 8        nothing that the doctor actually signs relative to the
 9        transfusion, correct?
10   A.   Repeat the question.
11   Q.   Yeah.  During the procedure when the transfusion is
12        given, there's nothing that happens where the
13        physician, the surgeon is actually required to stop
14        what he's doing and sign any document, correct?
15   A.   That's correct.
16   Q.   Is there a -- something that's done after the fact to
17        have a physician sign that he was in accord or she was
18        in accord with the giving of the blood product?
19   A.   I'm not sure what they do after.
20   Q.   Okay.  Do you have any responsibility in terms of
21        trying to get the doctor to sign an order after the
22        fact or anything like that?
23   A.   I have not.
24   Q.   Okay.  Given your familiarity with the charts, is
25        there anyplace in the chart where the physician
```



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com